# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:12-cr-124-T-30EAJ          Date: September 17, 2012

U.S.A. vs. Neang Prom

Honorable James S. Moody, Jr.          Interpreter: N/A
                                        Language: _____

Court Reporter: Sherrill Jackson        Courtroom Deputy: Sara Boswell

Time: 9:00 a.m. - 12:10 p.m.   Total: 3 hours and 10 minutes   Probation Officer: Stephen Edwards

Attorney(s) for Government:             Attorney(s) for Defendant:

Stacie Harris                           Adam Allen

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

- X  Plea agreement is ratified and accepted.
- X  Victim testimony: Khadijah Jackson
- X  Defendant's witnesses in mitigation of sentence: Dr. Jacquelyn Olander and Dr. Joan Reid
- X  Defendant is adjudged guilty on count ONE of the Information
- ___ Court finds ( )grounds   ( )no grounds for guideline departure.
- ___ Sentence imposed is adjusted ( )up  ( )down from guidelines.
- ___ Court finds that departure will not undermine the purposes of the statute.
- X  Imprisonment: 37 MONTHS as to Count One of the Information
- X  The Court recommends confinement at: FPC Coleman (FL)
- ___ Probation: _____
- X  Supervised Release: 5 YEARS as to Count One of the Information
- X  Fine: Waived
- ___ Restitution: _____   To be paid: _____
- X  Special Assessment: $100.00   To be paid (X) immediately  (X) _____

__X__   Special Conditions of ( )probation  (X)supervised release are:

   X   Defendant shall participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Officer based on the Probation Office's Sliding Scale for Mental Health Treatment Services.

X   The defendant shall register with the state sexual offender registration agency(s) in any state where she resides, visits, is employed, carries on a vocation, or is a student, as directed by her  probation officer.

X   The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title 1 of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

X  The defendant shall have no direct contact with minors (under the age of 18)  without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including; schools, daycare centers, theme parks, playgrounds, etc.

X  The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval  from the probation officer.  This includes access through any internet service provider, bulletin board system, or any public or private computer network system.  The defendant shall permit routine inspection of your computer system, hard drives, and other media storage materials, to confirm adherence to this condition.  This inspection shall be nor more intrusive than is necessary to ensure compliance with this condition.  The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

X  The defendant shall submit to a search of her person, residence, place of business, any storage units under her control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.  Failure to submit to a search may be grounds for revocation.

X_  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X  The mandatory drug testing provisions pursuant to the Violent Crime Control Act are waived. However, the Court authorizes the probation officer to conduct random drug testing not to exceed 104 tests per year.

| | |
|---|---|
| _X_ | Defendant is remanded to custody of U.S. Marshal. |
| ___ | Defendant to surrender to ( )designated institution  ( )U.S. Marshal<br>( )at_____ ( )on_____ ( )before_____<br>( )as notified by U.S. Marshal  ( )as notified by probation officer. |
| ___ | Count_____ of the indictment dismissed on motion by Govt. |
| _X_ | Defendant advised of right to appeal and to counsel on appeal. |
| ___ | Bond ( )continued  ( )modified_____ |
| _X_ | Notice Concerning Appeals From Criminal Conviction furnished to:<br>(X )counsel for Defendant  ( )Defendant |
| _X_ | Declaration of Intent to Appeal provided to the defendant in court. |

Other:   The Court departs 12 levels.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:

Total Offense Level:  29

Criminal History Category:    IV

Imprisonment Range:    121      to      151        months

Supervised Release Range:  2      to    5      years

Fine Range: $ 15,000             to $  150,000