UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                        CASE NO. 8:12-cr-124-T-30EAJ

NEANG PROM
a/k/a "Pocahontas"


**<u>FINAL JUDGMENT OF FORFEITURE</u>**

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture (Doc. 64), pursuant to 21 U.S.C. §

853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following computer equipment:

      a.      a Dell Inspiron 9300 computer, Serial
            Number:  64VFW81, with power cable and mouse;

      b.      a Samsung Digital Camera, Serial Number:  971021641;

      c.      8 SD cards;

      d.      an ACER Aspire M1100 desktop computer,
            Serial Number:  PTS890X1338200381A2703;

      e.      an HP Pavilion A420N computer,  Serial
            Number:  MXK3501PZP;

      f.      ACER Veriton 7500 desktop computer,
            Serial Number:  PS007472973210002AEH00;

      g.      Dell Dimension 4550 computer, Serial
            Number:  2SBJV21; and

      h.      Compaq Armada laptop, Model 1520DM,
            Serial Number:  J7228M57V632.

Being fully advised in the premises, the Court finds that on July 31, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Prom in the computer equipment.  Doc. 50.

The Court further finds that the forfeiture of the computer equipment was included in the Judgment in a Criminal Case.  Docs. 61 and 62.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from August 1, 2012 through August 30, 2012.  Doc. 55.  The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than defendant Prom, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the computer equipment.  No third party has filed a petition or claimed an interest in the computer equipment, and the time for filing a petition has expired.  Accordingly, it is hereby

---

[1]    As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 64) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the computer equipment is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on October 3, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-124.fj forfeit 64.wpd